**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDY BROPLEH JALLAH,<br>Petitioner, | : | No. 26-cv-7793-JMY |
| vs. | : | |
| J.L. JAMISON, WARDEN,<br>PHILADELPHIA FEDERAL DETENTION<br>CENTER, *et al.,*<br>Respondent. | : | |

**Order**

**AND NOW**, this 26th day of October, 2026, it is hereby **ORDERED** that the Petitioner's request to file a traverse in response to the Government's Answer (ECF No. 6) is **GRANTED.**

**BY THE COURT:**

*/s/ John Milton Younge*
**Judge John Milton Younge**